AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LA GRANJA FRANCHISING CORPORATION, a Florida corporation, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  0:26-cv-60718-RS |
| GAGA INVESTMENT, INC., a Florida corporation, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GAGA INVESTMENT, INC.
c/o Registered Agent Jose Luis Garcia
820 W Sample Road
Pompano Beach, Florida 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Lustig, Esq.
Pike & Lustig LLP
1209 North Olive Avenue
West Palm Beach, Florida 33401
pleadings@pikelustig.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  03/12/2026

Angela E. Noble
Clerk of Court



s/ Micky Quezada
Deputy Clerk
U.S. District Courts